UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-212 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Sarah Louise Palm (1), | |
| Defendant. | |

This matter comes before the Court on Defendant Sarah Louise Palm's Motion for Continuance of Motion Filing Date and Motion Hearing to Align with Co-Defendant. ECF No. 28. Defendant also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act ("Statement of Facts"). ECF No. 30.

Defendant requests an extension of the motions filing date (April 21, 2023) and motions hearing date (May 18, 2023). ECF No. 28 at 1. Defendant contends that she and her counsel "need additional time to review discovery, analyze her matter, and discuss options for resolving her case." *Id*. She further states that her co-defendant, Luciano Galaviz-Galaviz, was arraigned on April 19, 2023. *Id*. Defendant Galaviz-Galaviz's motions filing deadline is May 10, 2023 and motions hearing date is June 2, 2023. *Id*. Defendant requests that her motions filing deadline and motions hearing date align with Defendant Galviz-Galaviz's. *Id*. The Government has no objection to Defendant's request. *Id*. In her Statement of Facts, Defendant requests that this period of time be excluded from computation under the Speedy Trial Act. ECF No. 30; *see also* ECF No. 28 at 1.

1

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and her counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Continuance of Motion Filing Date and Motion Hearing to Align with Co-Defendant, ECF No. 28, is **GRANTED**.

2. The period of time from **April 19 through May 10, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **May 10, 2023.** D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

4. Counsel shall electronically file a letter on or before **May 10, 2023**, if no motions will be filed and there is no need for a hearing.

5. All responses to motions shall be filed by **May 24, 2023**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses shall be filed by **May 24, 2023**. D. Minn. LR 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses shall be filed by **May 30, 2023**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

9. If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **June 2, 2023,** at **9:00 a.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

10. **TRIAL:**

    a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

All voir dire questions and jury instructions must be submitted to District Judge John R. Tunheim on or before *a date to be determined*.

This case must commence trial on *a date to be determined*, at **9:00 a.m.** before District Judge John R. Tunheim in **Courtroom 14E**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

[Continued on next page.]

b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Tunheim to confirm the new trial date.**

Dated: April __20__, 2023              _____*s/Tony N. Leung*_____
                                       Tony N. Leung
                                       United States Magistrate Judge
                                       District of Minnesota


                                       *United States v. Palm et al.*
                                       Case No. 22-cr-212 (1) (JRT/TNL)