UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-212(1) (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Sarah Louise Palm, | |
| Defendant. | |

Thomas M. Hollenhorst, Assistant United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for the Government); and

Aaron J. Morrison, Office of the Federal Defender, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415 (for Defendant).

This matter is before the Court, United States Magistrate Judge Tony N. Leung, on the Government's Motion for Discovery, ECF No. 5. A hearing was scheduled for June 2, 2023. ECF No. 31 at 3. Based on a letter from Defendant Sarah Louise Palm and further e-mail correspondence between counsel and the Court, the parties waived oral argument and the Court took the motion under advisement on the papers. *See generally* ECF Nos. 33, 40.

This motion seeks discovery available under Federal Rules of Criminal Procedure 12.1, 12.2, 12.3, 16(b), and 26.2, as well as modification of the previously established deadlines for the disclosure of expert witnesses. Defendant voiced no objection to the Government's discovery requests.

The Court previously ordered the parties to

> disclose the identity of any expert witness and make all expert disclosures required by Federal Rule of Criminal Procedure 16 no later than *28 days before trial*. The parties must disclose the identity of any expert who will testify in rebuttal of an expert witness and make all disclosures as to such expert required by Federal Rule of Criminal Procedure 16 no later than *14 days before trial*.

ECF No. 11 at 2 (emphasis added).

In its motion, the Government proposed that the parties make their principal expert disclosures for any testimony the other intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence no later than *30 days before trial* and any rebuttal expert disclosures no later than *10 days prior to trial*. ECF No. 5 at 2. In subsequent e-mail correspondence with the Court, however, the Government stated it was fine with the deadlines previously established by the Court. Defendant expressed no preference.

Based upon the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that the Government's Motion for Discovery, ECF No. 5, is **DENIED IN PART** as to modification of the expert-disclosure deadlines. Consistent with the Court's prior Arraignment Order, no later than 28 days prior to trial, the parties shall make their principal expert disclosures, and, no later than 14 days prior to trial, the parties shall make any rebuttal expert disclosures. *See* Fed. R. Crim. P. 16(a)(1)(G), (b)(1)(C); ECF No. 11 at 2. The Government's motion is otherwise **GRANTED**.

[Continued on next page.]

All prior consistent orders remain in full force and effect. Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like.

Date: June 15 , 2023

            *s/ Tony N. Leung*
          Tony N. Leung
          United States Magistrate Judge
          District of Minnesota

          *United States v. Palm*
          Case No. 22-cr-212(1) (JRT/TNL)